| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: DISTRICT OF HAWAII | | |
| Case number (if known) | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pancakes of Hawaii, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  The Original Pancake House** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **99-0144653** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **1414 DILLINGHAM BLVD #107** **Honolulu, HI 96817** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Honolulu** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

| Debtor | **Pancakes of Hawaii, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Pancakes of Hawaii, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

U.S. Bankruptcy Court - Hawaii   #23-00386   Dkt # 1   Filed 05/24/23   Page 3 of 14

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **Pancakes of Hawaii, Inc.**  Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Pancakes of Hawaii, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 24, 2023**
MM / DD / YYYY

**X /s/ Young Acopan**
Signature of authorized representative of debtor

**Young Acopan**
Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Chuck C. Choi**
Signature of attorney for debtor

Date **May 24, 2023**
MM / DD / YYYY

**Chuck C. Choi**
Printed name

**Choi & Ito**
Firm name

**700 Bishop Street, Suite 1107**
**Honolulu, HI 96813**
Number, Street, City, State & ZIP Code

Contact phone **808-533-1877**     Email address **cchoi@hibklaw.com**

**6435 HI**
Bar number and State

U.S. Bankruptcy Court - Hawaii   #23-00386   Dkt # 1   Filed  05/24/23   Page 5 of 14

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pancakes of Hawaii, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 24, 2023**            X **/s/ Young Acopan**
                                            Signature of individual signing on behalf of debtor

                                         **Young Acopan**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Pancakes of Hawaii, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF HAWAII**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FPA Kapiolani Associates<br>c/o Michael A. Yoshida, Esq.<br>1003 Bishop Street, 1600<br>Honolulu, HI 96813 | | Claims asserted in 1DRC-22-0005523 - FPA Kapiolani Associates v. Pancakes of Hawaii | Contingent, Unliquidated, Disputed | | | $350,000.00 |
| Costco Consumer &Costco Small Business<br>P.O. 790046<br>Saint Louis, MO 63179-0046 | | Credit card purchases | | | | $80,000.00 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | | Credit card purchases | | | | $63,000.00 |
| Sysco<br>PO Box 855<br>Honolulu, HI 96808 | | Trade debt | | | | $24,000.00 |
| Keith Kiuchi, A Law Corporation<br>1001 Bishop Street Suite 985<br>Honolulu, HI 96813 | Keith Kiuchi<br>kkiuchi106@cs.com | Legal fees | | | | $1,500.00 |
| Alsco<br>2771 Waiwai Loop<br>Honolulu, HI 96819-1941 | | | | | | Unknown |
| BioCare of Hawaii, INc.<br>P.O. Box 701057<br>Kapolei, HI 96709-1057 | | | | | | Unknown |

Debtor  **Pancakes of Hawaii, Inc.**    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cornerstone Air Conditioning, Inc.**<br>1318-D Hart Street #A7<br>Honolulu, HI 96817 | | | | | | **Unknown** |
| **Dept of Labor & Industrial Relations**<br>830 Punchbowl St #321<br>Honolulu, HI 96813 | | | | | | **Unknown** |
| **FIRST HAWAIIAN BANK**<br>P.O. BOX 4070<br>Honolulu, HI 96812-4070 | | | | | | **Unknown** |
| **Hawaii Gas**<br>P.O. Box 29850<br>Honolulu, HI 96820-2250 | Nate Nelson, Esq.<br>nnelson@hawaiigas.com | **Propane Gas** | | | | **Unknown** |
| **Hawaiian Electric Company**<br>P.O. Box 30260<br>Honolulu, HI 96820 | Kevin Oda, Esq.<br>kevin.oda@hawaiianelectric.com | **Electricity** | | | | **Unknown** |
| **Hawaiian Sun Products Inc.**<br>259 Sand Island Access Rd<br>Honolulu, HI 96819 | | | | | | **Unknown** |
| **Hawaiian Telcom**<br>Legal Department<br>1177 Bishop Street<br>Honolulu, HI 96813 | | **Telephone / Internet** | | | | **Unknown** |
| **HMSA**<br>P.O. Box 29810<br>Honolulu, HI 96820-2210 | | | | | | **Unknown** |
| **HPC Foods, Ltd.**<br>288 Libby Street<br>Honolulu, HI 96819 | | | | | | **Unknown** |
| **Internal Revenue Service**<br>Ogden, UT 84201 | | | | | | **Unknown** |
| **Namhoon Kim, CPA**<br>1441 Kapiolani Blvd Ste 1200<br>Honolulu, HI 96814 | | | | | | **Unknown** |
| **Pacific Sausages Co., Inc.**<br>1818 Republican Street<br>Honolulu, HI 96819 | | | | | | **Unknown** |

Debtor  **Pancakes of Hawaii, Inc.**                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Rocky Road Products, Inc.**<br>**41-520 Hihimanu Street**<br>**Waimanalo, HI 96795** | | | | | | **Unknown** |

# United States Bankruptcy Court
## District of Hawaii

In re **Pancakes of Hawaii, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Young Acopan<br>1414 DILLINGHAM BLVD #107<br>Honolulu, HI 96817 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 24, 2023**

Signature **/s/ Young Acopan**
Young Acopan

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Hawaii

In re **Pancakes of Hawaii, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 24, 2023**

**/s/ Young Acopan**
**Young Acopan**/**President**
Signer/Title

Alsco
2771 Waiwai Loop
Honolulu, HI 96819-1941

BioCare of Hawaii, INc.
P.O. Box 701057
Kapolei, HI 96709-1057

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Cornerstone Air Conditioning, Inc.
1318-D Hart Street #A7
Honolulu, HI 96817

Costco Consumer &Costco Small Business
P.O. 790046
Saint Louis, MO 63179-0046

Dept of Labor & Industrial Relations
830 Punchbowl St #321
Honolulu, HI 96813

FIRST HAWAIIAN BANK
P.O. BOX 4070
Honolulu, HI 96812-4070

FPA Kapiolani Associates
c/o Michael A. Yoshida, Esq.
1003 Bishop Street, 1600
Honolulu, HI 96813

Hawaii Gas
P.O. Box 29850
Honolulu, HI 96820-2250

Hawaiian Electric Company
P.O. Box 30260
Honolulu, HI 96820

Hawaiian Sun Products Inc.
259 Sand Island Access Rd
Honolulu, HI 96819

Hawaiian Telcom
Legal Department
1177 Bishop Street
Honolulu, HI 96813

HMSA
P.O. Box 29810
Honolulu, HI 96820-2210

HPC Foods, Ltd.
288 Libby Street
Honolulu, HI 96819

Internal Revenue Service
Ogden, UT 84201


Keith Kiuchi, A Law Corporation
1001 Bishop Street Suite 985
Honolulu, HI 96813

Namhoon Kim, CPA
1441 Kapiolani Blvd Ste 1200
Honolulu, HI 96814

Pacific Sausages Co., Inc.
1818 Republican Street
Honolulu, HI 96819

Rocky Road Products, Inc.
41-520 Hihimanu Street
Waimanalo, HI 96795

State of Hawaii Department of Taxation
Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96813

Sysco
PO Box 855
Honolulu, HI 96808

The Islander Group, Inc.
269 Pali'i Street
Mililani, HI 96789

The Original Pancake House
8601 Southweset 24th Avenue
Portland, OR 97219

Waiakamilo Shopping Center
3737 Manoa Road
Honolulu, HI 96822

Wong's Meat Market, LTD
1200 Sand Island Parkway
Honolulu, HI 96819-4349

Young Acopan
1414 DILLINGHAM BLVD #107
Honolulu, HI 96817

In re **Pancakes of Hawaii, Inc.**　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter　**11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Pancakes of Hawaii, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 24, 2023 | /s/ Chuck C. Choi |
| Date | **Chuck C. Choi** |
| | Signature of Attorney or Litigant |
| | Counsel for **Pancakes of Hawaii, Inc.** |
| | **Choi & Ito** |
| | **700 Bishop Street, Suite 1107** |
| | **Honolulu, HI 96813** |
| | **808-533-1877 Fax:808-566-6900** |
| | **cchoi@hibklaw.com** |