IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PANCAKES OF HAWAII, INC.,<br><br>      Debtor and Debtor-in-Possession. | Case No. 23-00386<br>(Chapter 11)<br>(Subchapter V) |

## DECLARATION OF YOUNG ACOPAN

     I, YOUNG ACOPAN hereby declare that I am over the age of 18 years old and I am competent to make this declaration and I make this declaration upon my personal knowledge, except as otherwise stated. If called and sworn as a witness, I could and would testify competently thereto.

     1.    I am the President of Pancakes of Hawaii, Inc., a Hawaii corporation, which is the debtor and debtor-in-possession (the "Debtor"). I am custodian of records for the Debtor's business, and am familiar with its books and records. I have served as an officer of the Debtor since 1989.

     2.    Unless otherwise stated, I make this declaration upon my own personal knowledge and my review of Debtor's books, files, and business records.

3. This Declaration is submitted in support of the *Motion For Order Authorizing Debtor To Reject Lease (1221 Kapiolani)* (the "Motion"). Capitalized terms not herein defined shall have the meaning set forth in the Motion.

4. I have reviewed the facts set forth in the Motion regarding the Debtor, including those facts pertaining to the Kapiolani Lease and the Debtor's financial condition. These facts are true and correct to the best of my knowledge, information and belief.

5. True and correct copies of the Kapiolani Lease is attached to the Motion as Exhibit A.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: Honolulu, Hawaii, June 2, 2023

_____
YOUNG ACOPAN