February 24, 2024

# TRUSTEE REPORT
## Pancake House of Hawaii, Inc.
## 23-00386

I am the Subchapter V Trustee for the Pancake House of Hawaii, Inc.  I previously reported that I was optimistic that a plan of reorganization could be achieved.  I have previously spoken with the attorneys for the Debtor and primary creditor FPA Kapiolani Associates and offered assistance.  The parties elected to communicate directly with each other.

It is my opinion that this case would not be in bankruptcy except for FKA's claim for delinquent rent and Pancakes House's claim of damage from sewer issues.  Those claims are a pending adversary proceeding currently scheduled for May 2024.  FPA previously argued that the creditors would be better served by converting this case to a Chapter 7 liquidation.  I do not believe that this is true.  No one wins in a liquidation.

Regardless,  Pancake House is a small company with limited assets and cash resources to address creditor claims. Pancake House remains a small viable ongoing business.

I have reviewed the revised and recently submitted Debtor's Plan of Reorganization and find it reasonable.


*/s/ Richard B. Emery*
Richard B. Emery
Subchapter V Trustee
Pancake House of Hawaii, Inc. 23-00386