CHOI & ITO
Attorneys at Law

CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com

Attorneys for Reorganized Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| In re<br><br>PANCAKES OF HAWAII, INC.,<br><br>      Reorganized Debtor. | Case No. 23-00386<br>(Chapter 11)<br><br>**NOTICE OF** APPLICATION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE |

TO CREDITORS AND OTHER PARTIES IN INTEREST:

      **YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE. IF YOU DO NOT HAVE ANY ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

1

**NOTICE IS HEREBY GIVEN that** PANCAKES OF HAWAII, INC.'s Application For Entry Of A Final Decree And Order Closing Chapter 11 Case ("Motion") has been filed:

**No hearing will be conducted on the Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading <u>WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE</u> shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken.**

Objections to the Motion must be filed with the Court at:

United States Bankruptcy Court
District of Hawaii
1132 Bishop Street, Suite 250
Honolulu, HI 96813

If you mail your response to the Court, you must mail it early enough so the Court will **receive** it on or before the deadline stated above. The Court may disregard any response filed untimely.

Copies of the Motion may be obtained from the undersigned counsel for the Debtor inspected at the office of the Clerk of the Court during normal business hours.

DATED:  Honolulu, Hawaii, December 15, 2025

/s/ Allison A. Ito
CHUCK C. CHOI
ALLISON A. ITO
Attorneys for Reorganized Debtor