Richard Emery, Subchapter V Trustee
4162 Kaimanahila Street
Honolulu, HI 96816
Phone: 808-282-8051
E-mail: randrhawaii@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PANCAKES OF HAWAII, INC.,<br><br>Debtor and Debtor-in-possession. | Case No. 23-00386<br>(Chapter 11) (Subchapter V) |

**Chapter 11 Subchapter V Trustee's
Report of No Distribution:  NDR-F**

I, Richard Emery, having been appointed subchapter V trustee of the estate of the above named debtor, report I collected funds totaling:  $0.00.   Pursuant to Section 330(a), on March 19,2024, the Court ordered compensation of $5,900.52 to trustee. Those funds were paid by debtor to the trustee on April 19, 2024.  A non-consensual plan was confirmed on April 5, 2024.  No plan payments were made to the trustee. On December 15, 2025, Debtor filed a notice of Final Decree and Order Closing Chapter 11 Case which stated the plan was substantially consummated on December 15, 2025.   I hereby certify that my administration of the estate of the above-named debtor(s) has been completed.  I request that I be discharged from any further duties as trustee.

 I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 24, 2025

*/s/ Richard Emery*

U.S. Bankruptcy Court - Hawaii  #23-00386  Dkt # 126  Filed  12/25/25  Page 1 of 1