*Filer's Name, Address, Phone, Fax, Email:*

CHOI & ITO, Attorneys at Law
Chuck C. Choi
Allison A. Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96817
Tel: (808) 533-1877; Fax: (808) 566-6900
E-mail: cchoi@hibklaw.com; aito@hibklaw.com



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_9021-1 (12/09)

| | |
|---|---|
| *Debtor:* **Pancakes of Hawaii, Inc.** | *Case No.:* **23-00386** |
| *Joint Debtor:* (if any) | *Chapter:* **11** |

### DECLARATION AND REQUEST FOR ENTRY OF ORDER

| | |
|---|---|
| *Moving Party:* | Pancakes of Hawaii, Inc. |

| | | |
|---|---|---|
| *Title of Motion:* | Motion For Entry Of A Final Decree And Order Closing Chapter 11 Case | *Related Dkt No.:* **123** |

| | | |
|---|---|---|
| *Scheduled Hearing Date:* N/A | *Objection Deadline:* 1/14/2026 | |

The undersigned declares under penalty of perjury that the statements below are true and correct, and requests that the court enter an order granting the relief sought in the motion identified above.

1. I am or represent the moving party and have personal knowledge of the facts stated here.

2. The motion or application and any supporting documents in this matter were filed and served on parties in accordance with all applicable statutes and rules, as shown in a duly filed certificate of service. If the debtor is a respondent and represented by an attorney, service was made on both the debtor and the debtor's attorney.

3. The notice of hearing substantially conformed to local form hib_9073-1, was served on all parties entitled to receive notice under applicable statutes and rules, and gave clear notice that failure to file a response to the motion or application by the deadline noted above would result in relief being granted by default.

4. The record in this case indicates that no timely response has been filed (or that any response filed was subsequently withdrawn).

5. Based on the facts known to me, the Servicemembers Civil Relief Act of 2003 does not prohibit the entry of an order by default in this matter.

Dated: <u>January 17, 2026</u>      /s/<u>Allison A. Ito</u>
                                                for Movant                     (Print name also if original signature)