

SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | Bk. No. 23-00386 |
| | (Chapter 11) |
| Pancakes of Hawaii, Inc., | |
| Debtor. | [Relates to Docket No. 123, 127] |

## ORDER GRANTING APPLICATION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE

Based upon *Motion For Entry Of A Final Decree And Order Closing Chapter 11 Case* (the "Motion")*,* filed herein on December 15, 2025, and the Declaration of  Allison A. Ito, as Docket No. 127 verifying that no objections or requests for hearing on the Motion were filed on or before January 16, 2026, the date set for filing objections, the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) notice of the Motion was proper and sufficient under the circumstances, and (c) that approval of the Motion would be in the best interest of the Debtor, the Debtor's creditors and the estate, and good cause appearing therefor,

1

IT IS HEREBY ORDERED that:

1.    That the Motion is GRANTED.

2.    The chapter 11 case of the Debtor is hereby CLOSED.

3.    This Order shall serve as a final decree in this Chapter 11 case.

**END OF ORDER**

Submitted by:
CHOI & ITO
Attorneys at Law

CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii  96813
Telephone:  (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com; aito@hibklaw.com

2